# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. CHARBEL MAKSOUD,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PHILIPPE GUELTON,<br><br>　　　　　　　　Defendant. | Case No.: 3:17-cv-00362-H-WVG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING SETTLEMENT AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 212.] |

On March 5, 2020, the magistrate judge issued a report and recommendation ("R&R") recommending the closing of this case since the parties had enacted the terms of the settlement agreement. (Doc. No. 212.) The magistrate judge's order instructed that objections to the R&R must be filed by March 19, 2020. The Court must review de novo those portions of an R&R to which objections are made. 28 U.S.C. § 636(b)(1). "The statute makes it clear," however, "that the district judge must review the magistrate judge's findings and recommendations de novo *if an objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). In this case, the deadline to file written objections to the R&R was March 19, 2020. (Doc. No. 212.) However, no objections have been filed and neither party has requested additional time to do so. Here the parties entered into a settlement agreement on the record and the Defendant tendered to the Plaintiff a check and signed an assignment of

rights if any. (Doc. No. 212.) Even upon a de novo review the Court would approve the R&R given the entire record in this case. Accordingly, the Court **APPROVES** and **ADOPTS** the R&R in its entirety and directs the Clerk to close the case.

**IT IS SO ORDERED.**

DATED: March 20, 2019

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT